IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-00003-LTB-BNB

PAUL WILSON,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and
ICG COMMUNICATIONS, INC., LONG-TERM DISABILITY PLAN, an ERISA welfare benefit plan,

    Defendants.

_____

**ORDER OF RECUSAL**
_____

The undersigned is insured by Defendant Prudential Insurance Company and receives annual dividends. Therefore,

IT IS ORDERED that the undersigned judge hereby recuses in the above action and directs that the action be returned to the Clerk of the Court for redraw.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED: January 4, 2006