IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00003-WYD-BNB

PAUL WILSON,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and
ICG COMMUNICATIONS, INC., LONG-TERM DISABILITY PLAN, an ERISA welfare benefit plan,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Vacate and Reschedule Scheduling Conference and for Extension of Time** (the "Motion"), filed on February 8, 2006.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for February 22, 2006, is **vacated and reset to March 29, 2006, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., and Confidential Settlement Statement are due on or before **March 22, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: February 13, 2006