IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00003-WYD-BNB

PAUL WILSON,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and
ICG COMMUNICATIONS, INC., LONG-TERM DISABILITY PLAN, an ERISA welfare benefit plan,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation and Order of Dismissal with Prejudice and Without Costs or Attorneys' Fees as to Either Party as to ICG Communications, Inc., a Long-Term Disability Plan, an ERISA Welfare Benefit Plan (filed September 19, 2006).  The Stipulation seeks a dismissal with prejudice of Defendant ICG Communications.  After a careful review of the Stipulation, it is

ORDERED that the Stipulation is **APPROVED** and Defendant ICG Communications, Inc., Long-Term Disability Plan, an ERISA Welfare Benefit Plan is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated: September 26, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge